IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CONTINENTAL CASUALTY CO. § <br> A/S/O BRENTWOOD HEALTHCARE, § <br> LLC D/B/A CLINCH HEATLHCARE § <br> CENTER § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § <br> GENERAL ELECTRIC COMPANY, § <br> TECHNOLOGY RESEARCH § <br> COMPANY, CORPORATION A, § <br> CORPORATION B, CORPORATION § <br> C AND CORPORATION D, § <br> § <br> Defendants. § | Civil Action <br> File No. _10EV011070B_ |

## COMPLAINT

COMES NOW, CONTINENTAL CASUALTY COMPANY a/s/o BRENTWOOD HEALTHCARE, LLC, Plaintiff in the above-styled action and hereby files this Complaint against Defendants, GENERAL ELECTRIC COMPANY, TECHNOLOGY RESEARCH COMPANY, CORPORATION A, CORPORATION B, CORPORATION C AND CORPORATION D, showing this honorable Court as follows:

### PARTIES, JURISDICTION AND VENUE

**1.**

CONTINENTAL CASUALTY COMPANY (hereinafter "CCC" or "Plaintiff") is a foreign corporation registered to transact business in this State.

**2.**

Defendant General Electric Company (hereinafter "GE") is a Connecticut corporation with its registered office located at 120 Peachtree Street, NE, Atlanta, GA 30361. Upon proper

service of the Summons and Complaint, Defendant will be subject to the jurisdiction of this honorable Court.

**3.**

Defendant Technology Research Corporation (hereinafter "TRC") is a Florida corporation with its registered office located at 5250 140th Avenue North, Clearwater, FL 33760. Upon proper service of the Summons and Complaint, Defendant will be subject to the jurisdiction of this honorable Court.

**4.**

Venue is proper in this Court pursuant to the Georgia Constitution, Art. 6 § 2 ¶ 6 and O.C.G.A. §§ 9-10-31 and 14-2-510.

## SUMMARY OF FACTS

**5.**

On or about April 21, 2007, a fire started in Room C-3 of Clinch Healthcare Center located at 410 Sweat Street, Homerville, GA 31634.

**6.**

The fire originated from an HVAC unit in the room manufactured by Defendant GE with component parts manufactured by Technology Research Company.

**7.**

The HVAC unit was a GE Model AJES09DCBM1 with serial number GH287793.

**8.**

The HVAC unit malfunctioned causing a fire which spread throughout the medical facility causing extensive property damage.

**9.**

As the liability insurer for Brentwood Healthcare, LLC, Plaintiff CCC paid NINE HUNDRED EIGHTY THOUSAND NINE HUNDRED EIGHTY FOUR & 10/100 DOLLARS ($980,984.10) in damages due to Defendants' defective product and negligence.

## COUNT I – STRICT PRODUCTS LIABILITY

**10.**

Plaintiff incorporates and re-alleges the preceding paragraphs as if fully set forth herein.

**11.**

As the manufacturer of the HVAC at issue, Defendant GE had a duty to produce a product that was merchantable and reasonably suited to the use intended pursuant to O.C.G.A. § 51-1-11.

**12.**

As the manufacturer of a component part of the HVAC at issue, Defendant TRC had a duty to produce a product that was merchantable and reasonably suited to the use intended pursuant to O.C.G.A. § 51-1-11.

**13.**

The product at issue, a GE HVAC Model AJES09DCBM1 with serial number GH287793, was not reasonably suited for the use intended and advertised by Defendant GE.

**14.**

A componenet part of the product at issue, a GE HVAC Model AJES09DCBM1 with serial number GH287793, was not reasonably suited for the use intended and advertised by Defendant TRC.

**15.**

This defectively manufactured and/or designed product was the direct and proximate cause of the damages suffered by the subrogor in this matter.

**16.**

Defendant is strictly liable to Plaintiff as subrogee for the damages incurred by subrogor, Brentwood Healthcare, LLC, due to Defendants' defectively manufactured and/or designed product.

## COUNT II – NEGLIGENT MANUFACTURING

**17.**

Plaintiff incorporates and re-alleges the preceding paragraphs as if fully set forth herein.

**18.**

As a manufacturer of the product at issue, Defendants had a duty to exercise reasonable care in manufacturing its product so as to make a product that was reasonably safe for intended or foreseeable uses.

**19.**

Defendant GE failed to observe that degree of care, precaution, and vigilance necessary to ensure that the a GE HVAC Model AJES09DCBM1 with serial number GH287793 was safe for the intended or foreseeable use of that product by subrogor Brentwood Healthcare, LLC.

**20.**

Defendant GE's negligent failure to observe the requisite degree of care, precaution and vigilance in manufacturing the product at issue was a direct and proximate cause of the injury sustained by the subrogor, Brentwood Healthcare, LLC.

**21.**

Defendant TRC failed to observe that degree of care, precaution, and vigilance necessary to ensure that a component part of the GE HVAC Model AJES09DCBM1 with serial number GH287793 was safe for the intended or foreseeable use of that product by subrogor Brentwood Healthcare, LLC.

**22.**

Defendant TRC's negligent failure to observe the requisite degree of care, precaution and vigilance in manufacturing the product at issue was a direct and proximate cause of the injury sustained by the subrogor, Brentwood Healthcare, LLC.

**23.**

Defendants are liable to Plaintiff as subrogee for the damages incurred by subrogor Brentwood Healthcare, LLC due to Defendants' negligently manufactured products.

## **PRAYER**

WHEREFORE, Plaintiff respectfully prays for and demands the following:

(a) That process issue and service be made upon Defendants to appear and Answer this Complaint as provided by law;

(b) That judgment be entered for Plaintiff and against Defendants on all counts of this Complaint;

(c) That Plaintiff be granted a trial by jury;

(d) That Plaintiff be awarded its attorney's fees and expenses of litigation;

(e) That Plaintiff be awarded all other and further relief justified by the facts and the law that this Court deems proper.

Respectfully submitted this 6th day of October, 2010.

Adam H. Long
Georgia Bar No. 141213
Attorney for Plaintiff Continental Casualty Company

LAW OFFICES OF IAN R. RAPAPORT
2435 Commerce Avenue
2200 Satellite Place, Suite 102
Duluth, Georgia 30096
(678) 473-4200
(866) 515-1199-Fax